UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ADAN MACEDO-RIOS,<br><br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | MOTION TO VACATE<br>28 U.S.C. § 2255<br><br>CRIMINAL ACTION NO.<br>1:23-CR-00229-JPB-RDC-4<br><br>CIVIL ACTION NO.<br>1:26-CV-01625-JPB-RDC |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on United States Magistrate Judge Regina D. Cannon's Report and Recommendation [Doc. 951]. Neither party filed any objections.[1] This Court finds as follows:

Absent objection, a district judge has broad discretion to accept, reject or modify a magistrate judge's proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 680 (1980). Pursuant to 28 U.S.C. § 636(b)(1), the Court reviews any portion of the Report and Recommendation that is the subject of a proper objection on a *de novo* basis and any non-objected-to portion under a "clearly erroneous" standard. See Fed. R. Crim. P. 59(b)(3). Because no

[1] Pro se movant filed a Statement of No Objections [Doc. 964].

objections have been filed, the Court has reviewed the Report and Recommendation for clear error and finds none.

Accordingly, the Court **APPROVES AND ADOPTS** the Report and Recommendation [Doc. 951] as the judgment of the Court. For the reasons stated in the Magistrate Judge's Report and Recommendation, the instant Motion to Vacate [Doc. 863] is **GRANTED in part** with respect to Claim 1 and **DISMISSED without prejudice in part** with respect to the remaining claims. The Clerk is **DIRECTED** to close 1:26-CV-01625-JPB.

**SO ORDERED** this 16th day of October, 2026.

**J. P. BOULEE**
United States District Judge